ORIGINAL

```
                                                    FILED
                                                    Clerk
                                                  District Court

                                                  JUN 2 0 2006

                                            For The Northern Mariana Islands
                                            By_____
                                                    (Deputy Clerk)
```

1  DelosSantosA.rem

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam  96910-5059
   TEL: (671) 472-7332
6  FAX: (671) 472-7215

7  Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 02-00022 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | PETITION TO REMIT SPECIAL ASSESSMENT FEE AND FINE; ORDER OF REMISSION [18 U.S.C. § 3573] |
| ANGELITO DELOS SANTOS aka "LITO," | ) | |
| Defendant. | ) | |

COMES NOW the United States of America, by and through its undersigned counsel, and respectfully petitions this Court pursuant to 18 U.S.C. § 3573 for the entry of an order remitting the unpaid special assessment fee and fine earlier imposed upon Defendant ANGELITO DELOS SANTOS aka "LITO " (hereinafter referred to as "Defendant DELOS SANTOS"). and in support hereof, states as follows:

    1.    On July 29, 2003, sentence was imposed by this Court against Defendant DELOS SANTOS. Among other things, a $100.00 special assessment fee and $3,000.00 fine were ordered. Interest at the legal rate of 1.26% accrues on the unpaid principal balance of the fine. The total amount now owed by said Defendant, as of June 2, 2006, towards the special assessment and fine is $3,205.94.

//

2.      Upon information received from the Immigration and Customs Enforcement Deportable Alien Control System (ICE/DACS), Defendant ANGELITO DELOS SANTOS aka "LITO" was deported to the Philippines on December 29, 2004. See Exhibit "A."

3.      Section 3573 of Title 18, United States Code, as amended, provides in pertinent part as follows:

> Upon petition by the Government showing that reasonable efforts to collect a fine or assessment are not likely to be effective, the court may, in the interest of justice --
> (1) remit all or part of the unpaid portion of the fine or special assessment, including interest and penalties . . . .

4.      The United States Attorney has determined that in light of Defendant's deportation, there is no reasonable likelihood that expending further efforts to collect the special assessment fee and fine will produce any revenue to the United States. To the contrary, any further efforts will needlessly expend resources that could be better directed to areas with greater potential for recovery.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

5. The interests of justice mitigate in favor of remission of the unpaid special assessment fee and fine.

WHEREFORE, the United States of America respectfully requests that this Court enter an order remitting the unpaid special assessment fee and fine imposed upon Defendant ANGELITO DELOS SANTOS aka "LITO."

DATED this 14th day of June, 2006.

                                      LEONARDO M. RAPADAS
                                      United States Attorney
                                      Districts of Guam and NMI

By:           /s/           
                                      MARIVIC P. DAVID
                                      Assistant U.S. Attorney

## ORDER OF REMISSION

Based upon the foregoing, and in the interest of justice, the unpaid portion of the special assessment fee and fine imposed against the defendant ANGELITO DELOS SANTOS aka "LITO," including any interest and penalties, is hereby remitted.

DATED this 20th day of June, 2006.

                                        ALEX R. MUNSON
                                        Chief Judge
                                        District Court for the
                                          Northern Mariana Islands

```
        A-NUM : 042577436              LAST-NAME : RAMILO
        NATLTY: PHILI                  FIRST-NAME: ROBERTO

  DATE-DOCKET-CLEARED: 01/04/2005          DEPART-CLEARED-STAT: 8

     TRANSFER-TO-DCO:                    DATE-DOCKET-TRANSFER:

       DATE-DEPARTED: 12/29/2004               PORT-DEPARTED: NYC

      DEPART-COUNTRY: PHILI          FINAL-CHARGE: I2A1    EXPENSE-CODE: 1
```

HIT PF4 TO RETURN TO CASE SELECT SCREEN OR ENTER FOR NEXT SCREEN



EXHIBIT A